PROVIDENT BANK *v.* RAYMOND D. SCINTO ET AL.
(AC 28763)

Lavine, Robinson and Lavery, Js.

Argued October 23—officially released November 18, 2008

Per Curiam. The judgment is affirmed.

DARRYL WHITAKER *v.* COMMISSIONER OF
CORRECTION
(AC 27592)

Bishop, Gruendel and Lavine, Js.

Argued October 20—officially released November 18, 2008

Per Curiam. The appeal is dismissed.

MARK BANKS *v.* COMMISSIONER OF CORRECTION
(AC 28635)

DiPentima, Harper and Beach, Js.

Argued October 24—officially released November 18, 2008

Per Curiam. The appeal is dismissed.